UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH <br><br> MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Bukela Anderson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10923-DRH |
| *Ellen Fitzgerald v. Bayer Corporation, et al.* | No. 12-cv-10791-DRH |
| *Chriscilla Fitzsimmons v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10446-DRH |
| *Tatjana Hayward v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12358-DRH |
| *Megan Linden v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12328-DRH |
| *Sharon Reavis v. Bayer Corporation, et al.* | No. 11-cv-13561-DRH |
| *Tabitha Saltzman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11401-DRH |
| *Jilene Woods v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11327-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 27, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                    **JUSTINE FLANAGAN,**
                                    **ACTING CLERK OF COURT**

                                    BY: /s/*Caitlin Fischer*
                                          **Deputy Clerk**

**Dated:** June 27, 2014

Digitally signed by David R. Herndon
Date: 2014.06.27 16:00:18 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**